1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 XI CHEN,                          )
                                     )  No. C 08-0883 JF
13              Plaintiff,           )
                                     )
14          v.                       )  **STIPULATION TO DISMISS AND
                                     )  [PROPOSED] ORDER**
15 MICHAEL CHERTOFF, Secretary of the)
   Department of Homeland Security; EMILIO T. )
16 GONZALEZ, Director of U.S. Citizenship and )
   Immigration Services; FRANCIS D. SICILIANO,)
17 Officer-in-Charge, San Jose Sub Office, U.S.)
   Citizenship and Immigration Services; ROBERT )
18 S. MUELLER, III, Director of the Federal Bureau )
   of Investigations,                )
19                                   )
                Defendants.           )
20 _____ )

21     Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

22 stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without

23 prejudice in light of the fact that the United States Citizenship and Immigration Services is now

24 prepared to adjudicate Plaintiff's application for naturalization and agrees to adjudicate such

25 application within 30 days of the dismissal of this action.

26 ///

27 ///

28 ///

Stipulation to Dismiss
C08-0883 JF                          1

Each of the parties shall bear their own costs and fees.

Dated: April 14, 2008  Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
EDWARD OLSEN[1]
Assistant United States Attorney
Attorneys for Defendants

Date: April 11, 2008

_____/s/_____
XI CHEN
*Pro se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  4/17/08

_____
JEREMY FOGEL
United States District Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation to Dismiss
C08-0883 JF                                    2

**CERTIFICATE OF SERVICE**

<u>Chen, Xi v. Chertoff,</u>
Civil Case No. 08-0883 JF

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

STIPULATION TO DISMISS and [PROPOSED] ORDER

to be served this date on the party in this action, by placing the true copy thereof, addressed as follows:

Xi Chen
200 S. Market Street, Apt. 1013
San Jose, CA 95113

✔   First Class Mail by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with the office's practice.

_____   Facsimile (FAX) Telephone No.

_____   Personal Service (Messenger)

_____   Federal Express

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 14th day of April 2008, at San Francisco, California.


_____/s/_____
Tiffani Chiu
Paralegal Specialist

Stipulation to Dismiss
C08-0883 JF                                3